# United States District Court
for the
Eastern District of Missouri

United States of America
v.
Clarence Thomas

Case No: 4:05CR160
USM No: 31752-044

Date of Previous Judgment: 8/26/05
(Use Date of Last Amended Judgment if Applicable)

Stephen Welby
Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the Term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and upon motion of the United States, and having considered such motions,

**IT IS ORDERED** that the motion s are
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 135 months is reduced to 102 months

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: 31
Criminal History Category: III
Previous Guideline Range: 135 to 168 months

Amended Offense Level: 29
Criminal History Category: III
Amended Guideline Range: 120 to 135 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (explain):

The reduced sentence reflects a sentence within the amended guideline range (120 months) that is further reduced pursuant to Rule 35(b)(2)(B) of the Federal Rules of Criminal Procedure by 18 months to a final sentence of 102 months.

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated 08/26/05 shall remain in effect.

**IT IS SO ORDERED**

Order Date: 9/2/08

Judge's Signature

Effective Date:
(if different from order date)

Jean C. Hamilton, US District Judge
Printed Name and title